# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carpenters & Joiners Welfare Fund, et al

Case No. Civil 01-1890 DWF/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Viking Construction Works, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Default judgment is entered in favor of the plaintiffs and against the defendant.

DATE: January 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk