**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund, Twin City Carpenters Pension Fund, Twin City Carpenters Vacation Fund, and Twin City Carpenters Apprenticeship Fund,

Civil No. 01-1890 (DWF/SRN)

Plaintiffs,

v.

**ORDER**

Viking Construction Works, Inc.,

Defendant.

---

Scott B. Crossman, Esq. and Pamela H. Nissen, Esq., Mcgrann Shea Franzen Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

---

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order dated January 7, 2002, which ordered Defendant to produce for inspection and audit certain business records for the period June 2001 through December 2001. Pursuant to that Motion the Court now makes the following Order:

**IT IS HEREBY ORDERED**:

1. Defendant is hereby ordered to personally appear before this Court on Friday, April 26, 2002, at 9:00 a.m., at the United States Courthouse, 7th Floor, Courtroom 2, 316 North Robert Street, St. Paul, Minnesota, to show cause, if any, why a contempt of court order should not be entered adjudging the Defendant in civil contempt of this Court for continuing to refuse to produce for inspection and audit certain business records for the period June 2001 through December

MAR 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

2001 and that Defendant should show cause why it should not be committed to confinement until compliance with the Court's Order of January 7, 2002.

Dated: March 15, 2002

DONOVAN W. FRANK
Judge of United States District Court