**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund, Twin City Carpenters Pension Fund, Twin City Carpenters Vacation Fund, and Twin City Carpenters Apprenticeship Fund,

Plaintiff,

v.

Viking Construction Works, Inc.,

Defendant.

Civil No. 01-1890 (DWF/SRN)

**ORDER**

---

Scott B. Crossman, Esq., and Pamela H. Nissen, Esq., McGrann Shea Anderson Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

---

The above-entitled matter came on before the Court on Friday, April 26, 2002, at 9:00 a.m., at the United States Courthouse, 7th Floor, Courtroom 2, 316 North Robert Street, St. Paul, Minnesota, pursuant to an order requiring Pam Davey, whose address is 707 South Monroe Street, Stoughton, Wisconsin 53589, as owner of Viking Construction, to personally appear to show cause, if any, as to why a contempt of court order should not be entered adjudging the Defendant in civil contempt of the Court for continuing to refuse to produce for inspection and audit certain business records for the period June 2001 through December 2001, and that Pam Davey, as owner of Viking Construction, show cause why she should not be committed to confinement until compliance with the Court's order of January 7, 2002.

FILED MAY 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Pam Davey was served by the Sheriff of Dane County on March 21, 2002, with the order, but failed to appear on April 26, 2002. That neither Pam Davey, as owner of Viking Construction, nor any agent, accountant, or employee has contacted the Court or has otherwise supplied any records to the Plaintiffs or their counsel. Moreover, Pam Davey is in constructive civil contempt of court for failing to appear, pursuant to the order to show cause, at the hearing on April 26, 2002. That Pam Davey has made no contact with the Court or counsel for the Plaintiff despite being personally served in the above-entitled matter. The Defendant therefore, and Pam Davey as owner of Viking Construction, in all respects has failed to comply with the orders of this Court.

Based upon the present status of the case, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. That Pam Davey, as owner of Viking Construction, is hereby ordered to personally appear before this Court on Friday, May 17, 2002, at 1:30 p.m., at the United States Courthouse, 7th Floor, Courtroom 2, 316 North Robert Street, St. Paul, Minnesota, to show cause, if any, why a contempt of court order should not be entered adjudging her in civil contempt of this Court for continuing to refuse to produce for inspection and audit certain business records for the period June 2001 through December 2001 and that Pam Davey shall show cause as to why she should not be committed to confinement until she complies with the Court's order of January 7, 2002.

2. **That in the event Pam Davey fails to appear on Friday, May 17, 2002, at 1:30 p.m., absent stipulation of the parties or further order of the Court, a bench warrant shall be issued for her immediate detention in order to secure compliance with the existing orders of the Court.**

3. That the Court directs that this order be personally served on Pam Davey.

Dated: May 2, 2002

DONOVAN W. FRANK
Judge of United States District Court