**UNITED STATES OF AMERICA**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund,
Twin City Carpenters Pension Fund,
Twin City Carpenters Vacation Fund, and
Twin City Carpenters Apprenticeship Fund,

Plaintiffs,

v.

Viking Construction Works, Inc.,

Defendant.

Civil No. 01-1890 (DWF/SRN)

**BENCH WARRANT**

The United States Marshal is hereby commanded to arrest Pam Davey, owner of Viking Construction Works, Inc., 707 South Monroe Street, Stoughton, Wisconsin 53589, and bring Pam Davey before the undersigned for the reason that Pam Davey failed to appear on behalf of Viking Construction Works, Inc. on Friday, May 17, 2002, at 1:30 p.m., pursuant to an Order to Show Cause in the above-entitled case.

The United States Marshal is further commanded to detain Pam Davey in custody until she is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Dated: May 17, 2002

DONOVAN W. FRANK
Judge of United States District Court

MAY 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK