**UNITED STATES OF AMERICA**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund,
Twin City Carpenters Pension Fund,
Twin City Carpenters Vacation Fund, and
Twin City Carpenters Apprenticeship Fund,

Plaintiffs,

v.

Viking Construction Works, Inc.,

Defendant.

Civil No. 01-1890 (DWF/SRN)

**ORDER**

---

Scott B. Crossman, Esq., and Pamela H. Nissen, Esq., McGrann Shea Anderson Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2600, counsel for Plaintiffs.

---

A bench warrant was signed by the undersigned United States District Judge on May 17, 2002, commanding the arrest of Pam Davey, owner of Viking Construction Works, Inc., 707 South Monroe Street, Stoughton, Wisconsin 53589, for her failure to appear on behalf of Viking Construction Works, Inc., on Friday, May 17, 2002, at 1:30 p.m., pursuant to an Order to Show Cause in the above-entitled case.

Plaintiffs' counsel informed the Court on July 8, 2002, that Ms. Davey is cooperating in attempting to resolve the above-entitled matter. Therefore, the Court hereby issues the following:

**ORDER**

1. While it is unclear to the Court why the bench warrant signed and filed on May 17, 2002 (Doc. No. 16), in the above-entitled matter for the arrest of Pam Davey, owner of Viking Construction Works, Inc., 707 South Monroe Street, Stoughton, Wisconsin 53589, was never

FILED JUL 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

enforced and Pam Davey was never taken into custody and brought before the Court, it appears Ms. Davey is now in compliance with Plaintiffs' request and the Court's previous order, and the bench warrant is hereby **QUASHED**; and

2. A copy of this order shall be delivered to the U.S. Marshal immediately upon filing of this order.

Dated: July 9, 2002

DONOVAN W. FRANK
Judge of United States District Court